UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CHARMAINE R. FARRILLE,

Plaintiff,

vs.

FIRST STUDENT, INC.,

Defendant.

Case No. __________
Removed from the Circuit Court of Dane County, Wisconsin, Case No. 2026-CV-3299

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, First Student, Inc. ("Defendant"), files this Notice of Removal in accordance with 28 U.S.C. §§ 1331, 1441, and 1446 and hereby removes this action from the Circuit Court of Dane County, Wisconsin, to the United States District Court for the Western District of Wisconsin. This removal is based upon federal question jurisdiction under 28 U.S.C. § 1331. In support of its Notice of Removal, Defendant states as follows:

## I. THE STATE COURT ACTION

1. On October 13, 2026, Plaintiff Charmaine R. Farrille ("Plaintiff"), representing herself *pro se*, filed this lawsuit in the Circuit Court of Dane County, Wisconsin, titled *Charmaine R. Farrille v. First Student, Inc.*, Case No. 2026-CV-003299 (the "State Court Action").

2. On October 20, 2026, Defendant was served with the Summons and Complaint.

3. Pursuant to 28 U.S.C. § 1446(a), attached as **Exhibit 1** are true and correct copies of "all process, pleadings and orders" that have been served upon Defendant in the State Court Action, which are limited to Plaintiff's Summons and Complaint.

4. Plaintiff's Complaint purports to assert causes of action against Defendant for race discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ("Title VII").

**II. <u>REMOVAL IS TIMELY</u>**

5. Pursuant to 28 U.S.C. § 1446(b), a notice of removal of a civil action must be filed "within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief . . ." 28 U.S.C. § 1446(b)(1); *see also Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999) (holding that the 30-day removal period runs from service of summons and complaint).

6. Defendant was served with the Summons and Complaint on October 20, 2026. 30 days from October 20, 2026 is November 19, 2026. Consequently, this Notice of Removal is timely.

**III. <u>VENUE</u>**

7. Because the Circuit Court of Dane County, Wisconsin lies in the Western District of Wisconsin, this Court is the appropriate venue for removal. *See* 28 U.S.C. §§ 130(b), 1391, 1441(a), and 1446(a).

**IV. <u>GROUNDS FOR REMOVAL</u>**

8. Removal is proper pursuant to 28 U.S.C. § 1331 (federal question jurisdiction).

9. Plaintiff's Complaint alleges she was formerly employed by Defendant and that Defendant subjected her to discrimination, retaliated against her, and then terminated her employment because of her race and for having complained about race discrimination. The Complaint specifically references Title VII.

10. Plaintiff's Complaint therefore raises a federal question over which this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

11. After removal, Defendant intends to bring a motion to dismiss under Fed. R. Civ. P. 12(b) because, among other defects, Plaintiff failed to exhaust administrative remedies as to certain federal employment discrimination claims.

## V. <u>COMPLIANCE WITH PROCEDURAL REQUIREMENTS</u>

15. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Dane County, Wisconsin, and will simultaneously provide written notice of the filing of this Notice of Removal to Plaintiff as reflected by the Certificate of Service.

16. A Civil Cover Sheet is filed concurrently herewith.

## VI. <u>CONCLUSION</u>

17. For the foregoing reasons, removal of this case is proper under 28 U.S.C. §§ 1331, 1441, and 1446.

WHEREFORE, having fulfilled all statutory requirements, Defendant removes the above-captioned matter to this Court from the Circuit Court of Dane County, Wisconsin, and requests the Court to assume full jurisdiction over the matter as provided by law and to permit this action to proceed before it.

Respectfully submitted this 9th day of November, 2026.

FIRST STUDENT, INC.

By: *<u>/s/ Casey M. Kaiser</u>*
One of Its Attorneys

Casey M. Kaiser (SBN 1088881)
LITTLER MENDELSON, P.C.
833 E. Michigan, Suite 900
Milwaukee, WI 53202
Telephone: 414.291.4073
Facsimile: 414.291.5526
ckaiser@littler.com

Nadia L. Gonzalez (SBN 1113197)
LITTLER MENDELSON, P.C.
10 E. Doty St., Suite 621
Madison, WI 53703
Telephone: 608.287.3705
Facsimile: 414.291.5526
ngonzalez@littler.com

## CERTIFICATE OF SERVICE

I, Casey M. Kaiser, an attorney, hereby certify that, on November 9, 2026, *Defendant's Notice of Removal* was electronically filed with the Clerk of Court for the Western District of Wisconsin using the CM/ECF system and was served via U.S. mail and e-mail to Plaintiff Charmaine R. Farrille, addressed as follows:

Charmaine R. Farrille
5994 Schroeder Rd., Apt. C
Madison, WI 53711
charmaine.farrille@yahoo.com

*/s/ Casey Kaiser*
Casey Kaiser